IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:98CR7-16-MU |
| | ) | 3:05CV502 |
| v. | ) | |
| | ) | |
| JACK PHILLIPS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 1 in 3:05CV502). The Court finds that plaintiff should respond to said motion. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion on or before January 27, 2006.

DATED this 27th day of December, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court