```
IN THE UNITED STATES DISTRICT COURT
  FOR THE WESTERN DISTRICT OF NORTH CAROLINA
              CHARLOTTE DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Petitioner, | ) | 3:98CR7-16-MU |
| | ) | 3:05CV502 |
| v. | ) | |
| | ) | |
| JACK PHILIPS | ) | ORDER AND JUDGMENT |
| | ) | |
| Respondent. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's petition for a writ of mandamus (3:98CR7-16-MU, Filing No. 433) is denied;

2) Defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (3:05CV502, Filing No. 1) is denied; and

3) Plaintiff's motion to dismiss the defendant's § 2255 petition (3:05CV502, Filing No. 4) is granted.

DATED this 10th day of February, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court